UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>                              Plaintiff,<br>        -against-<br><br>ABBYFASHION STORE, ALIBANG STORE, ASTCASE STORE, BEIJING VLEAP TECHNOLOGY CO., LTD., BOBOANER, CHANGSHA DAHUAN ELECTRONIC TECHNOLOGY CO., LTD., CHANGZHOU FLEXI ELECTRONIC CO., LTD., DISENY STORE, DONGGUAN BEST CRAFTS CO., LTD., DONGGUAN CHENGYUAN INDUSTRY INVESTMENT CO., LTD., DONGGUAN HUANGJIANG JINLIANGTANG HARDWARE FACTORY, DONGGUAN LINKAIZ CRAFTS & GIFTS CO., LTD., ESRA STICKERS , FIREBIRD GIFTS (DONGGUAN) CO., LTD., GENTLENESS STORE, GUANGZHOU FINCH GARMENTS CO., LTD., GUANGZHOU UMEKING TRADING CO., LTD., GUANGZHOU WEIJIE RIBBON CO., LTD., GUANGZHOU XIN HO YI CRAFTS LIMITED, HAINING LONGNA TEXTILE CO., LTD., HANGZHOU LIN'AN ORIGIN TRADING CO., LTD., HUI52028 STORE, LOVE HEALTH LOVE YOURSELF, NANJING RARLON PET PRODUCTS CO., LTD., OLIVIA'S ACCESSORIES , SHENZHEN CHUANGXINGMING TECHNOLOGY LIMITED, SHENZHEN DEFAN TECHNOLOGY CO., LTD., SHENZHEN DINGTU ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN MANHUI TECHNOLOGY CO., LTD., SHENZHEN SHANEN ELECTRONIC COMMERCE CO., LTD., SHENZHEN SHENGYUAN TECHNOLOGY CO., LTD., SHENZHEN SHENGZERONGXIN TRADING CO., LTD., SHENZHEN SPEED TREND TECHNOLOGY CO., LTD., SHENZHEN YINO INFORMATION TECHNOLOGY CO., LTD., SHOP5056237 STORE, SHOP5066383 STORE, SHOP5134031 STORE, SHOP5361044 STORE, SHOP5781767 STORE, SHOP5795644 STORE, SHOP5831326 STORE, SHOP5870398 STORE, | **FILED UNDER SEAL**<br><br>21Civ. 1785 (AT)<br><br>**ORDER** |

SHOP910331278 STORE, SHOP910605011 STORE, SHOP910926020 STORE, SHOP911100018 STORE, SHOP911115068 STORE, SHOP911167001 STORE, SHOP911188155 STORE, SHOP911192222 STORE, SHOP911195003 STORE, SHOP911234034 STORE, SHOP911258359 STORE, SHOP911259388 STORE, SHOP911264193 STORE, SHOP911267085 STORE, SHOP911300207 STORE, SHOP911342022 STORE, SHOP911375214 STORE, SHOP911422093 STORE, SHOP911425145 STORE, TAOTAOKU STORE, TOLLER BAG STORE, WOZIK STORE, XT02 STORE, YANG R STORE, YIWU CUDA IMPORT AND EXPORT CO., LTD., YIWU MAY STAR INTERNATIONAL TRADING CO., LTD., YIWU MIANYU E-COMMERCE FIRM, YIWU WU TAI BELT CO., LTD., YIWU YINGYU IMPORT & EXPORT CO., LTD., YUNFOOK OFFICIAL, YUYAO NICO ELECTRONICS FACTORY and ZHENGZHOU YMEI PET PRODUCTS CO., LTD.,

                                              Defendants.

ANALISA TORRES, District Judge:

On March 2, 2021, this Court entered a temporary restraining order on Plaintiff's *ex parte* motion (the "TRO"). The Court found that Plaintiff was likely to succeed on its claims of trademark infringement by Defendants, that continued infringement would cause Plaintiff irreparable harm, and that the public interest and the balance of equities strongly favored restraining further infringement. Accordingly, the Court entered the TRO, and, among other things: (1) restrained Defendants from taking a variety of actions that infringed Plaintiff's trademark or induced others to do so, (2) directed third-party web service providers to cease providing service to Defendants within five days, (3) directed third-party financial institutions to locate and attach Defendants' financial accounts within five days, (4) authorized expedited discovery, (5) authorized Plaintiff to delay service on Defendants until after the third parties had complied with the order, and authorized service by electronic means, and (6) sealed Plaintiff's application, its supporting documents, and the order itself until the third parties had complied. The Court further ordered that Defendants appear on March 9, 2020, at 3:00 p.m., to show cause why a preliminary injunction should not issue.

On March 5, 2021, Plaintiff notified the Court that it is still waiting for third-party service providers to comply with the expedited discovery authorized in the TRO and requested that the hearing and corresponding deadlines be adjourned. Accordingly:

(1) By **March 15, 2021**, Plaintiff shall file with the Court a status letter describing the compliance or noncompliance of Defendants and third parties with the Court's order, and providing proof

      of service of the TRO on each Defendant (consistent with the methods of service outlined in the TRO);

(2) The hearing scheduled for March 9, 2021, at 3:00 p.m. is ADJOURNED to **March 23, 2021**, at **3:00 p.m.**  By **March 16, 2021**, Defendants shall file any opposing papers.  By **March 19, 2021**, Plaintiff shall file any reply;

(3) Pursuant to Federal Rule of Civil Procedure 65(b)(2), the TRO is extended to March 23, 2021. Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiff's rights against the irreparable harms demonstrated in their TRO application.

(4) By **March 9, 2021,** Plaintiff shall serve this order on Defendants using the same methods authorized by the TRO.  By **March 11, 2021**, Plaintiff shall provide the Court with proof of service.

      SO ORDERED.

Dated: March 5, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge