UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2022
```

OFF-WHITE LLC,

                          Plaintiff,

-against-

ABBYFASHION STORE, ALIBANG STORE, ASTCASE STORE, BEIJING VLEAP TECHNOLOGY CO., LTD., BOBOANER, CHANGSHA DAHUAN ELECTRONIC TECHNOLOGY CO., LTD., CHANGZHOU FLEXI ELECTRONIC CO., LTD., DISENY STORE, DONGGUAN BEST CRAFTS CO., LTD., DONGGUAN CHENGYUAN INDUSTRY INVESTMENT CO., LTD., DONGGUAN HUANGJIANG JINLIANGTANG HARDWARE FACTORY, DONGGUAN LINKAIZ CRAFTS & GIFTS CO., LTD., ESRA STICKERS , FIREBIRD GIFTS (DONGGUAN) CO., LTD., GENTLENESS STORE, GUANGZHOU FINCH GARMENTS CO., LTD., GUANGZHOU U-MEKING TRADING CO., LTD., GUANGZHOU WEIJIE RIBBON CO., LTD., GUANGZHOU XIN HO YI CRAFTS LIMITED, HAINING LONGNA TEXTILE CO., LTD., HANGZHOU LIN'AN ORIGIN TRADING CO., LTD., HUI52028 STORE, LOVE HEALTH LOVE YOURSELF, NANJING RARLON PET PRODUCTS CO., LTD., OLIVIA'S ACCESSORIES , SHENZHEN CHUANGXINGMING TECHNOLOGY LIMITED, SHENZHEN DEFAN TECHNOLOGY CO., LTD., SHENZHEN DINGTU ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN MANHUI TECHNOLOGY CO., LTD., SHENZHEN SHANEN ELECTRONIC COMMERCE CO., LTD., SHENZHEN SHENGYUAN TECHNOLOGY CO., LTD., SHENZHEN SHENGZERONGXIN TRADING CO., LTD., SHENZHEN SPEED TREND TECHNOLOGY CO., LTD., SHENZHEN YINO INFORMATION TECHNOLOGY CO., LTD., SHOP5056237 STORE, SHOP5066383 STORE, SHOP5134031 STORE, SHOP5361044 STORE, SHOP5781767 STORE, SHOP5795644 STORE, SHOP5831326 STORE, SHOP5870398 STORE, SHOP910331278 STORE, SHOP910605011 STORE, SHOP910926020 STORE, SHOP911100018 STORE,

21 Civ. 1785 (AT)

**ORDER**

| |
|---|
| SHOP911115068 STORE, SHOP911167001 STORE, SHOP911188155 STORE, SHOP911192222 STORE, SHOP911195003 STORE, SHOP911234034 STORE, SHOP911258359 STORE, SHOP911259388 STORE, SHOP911264193 STORE, SHOP911267085 STORE, SHOP911300207 STORE, SHOP911342022 STORE, SHOP911375214 STORE, SHOP911422093 STORE, SHOP911425145 STORE, TAOTAOKU STORE, TOLLER BAG STORE, WOZIK STORE, XT02 STORE, YANG R STORE, YIWU CUDA IMPORT AND EXPORT CO., LTD., YIWU MAY STAR INTERNATIONAL TRADING CO., LTD., YIWU MIANYU E-COMMERCE FIRM, YIWU WU TAI BELT CO., LTD., YIWU YINGYU IMPORT & EXPORT CO., LTD., YUNFOOK OFFICIAL, YUYAO NICO ELECTRONICS FACTORY AND ZHENGZHOU YMEI PET PRODUCTS CO., LTD., <br><br>                                    Defendants. |

ANALISA TORRES, District Judge:

The Court has reviewed the affidavit of Jason M. Drangel. ECF No. 54. Plaintiff shall submit an affidavit or declaration of an individual with personal knowledge in accordance with Attachment A to the Court's Individual Practices in Civil Cases. Although Mr. Abloh may have had the most knowledge of Off-White LLC's interest in the marks and, therefore, the damages suffered, if Off-White LLC still has an interest in the mark, an individual with knowledge of that interest who is not the attorney in this action must submit an affidavit or declaration. Absent such an affidavit or declaration, the Court will not be able to determine the damage cause by the allege infringement in this action, and will not award statutory damages above the minimum, if at all.

Accordingly, by **May 13, 2022**, Plaintiff shall file such an affidavit or declaration.

SO ORDERED.

Dated: May 5, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge

2